THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RXC ACQUISITION COMPANY d/b/a
RXCROSSROADS BY MCKESSON, a
Delaware corporation,                              CASE NO.: _____

      Plaintiff,

vs.

ALKERMES, INC., a Pennsylvania
corporation; ANTARES PHARMA, INC., a
Delaware corporation; ARBOR
PHARMACEUTICALS, LLC,
a Delaware limited liability company;
STAYMA CONSULTING SERVICES,
LLC, a Delaware limited liability company;
ASTELLAS PHARMA US, INC., a
Delaware corporation; BOEHRINGER
INGELHEIM PHARMACEUTICALS,
INC., a Delaware corporation; BRISTOL-
MYERS SQUIBB COMPANY, a Delaware
corporation; CELGENE CORPORATION, a
Delaware corporation; COVIS PHARMA,
B.V., a foreign corporation; DAIICHI
SANKYO, INC., a Delaware corporation;
DERMIRA, INC., a Delaware corporation;
EYEVANCE PHARMACEUTICALS LLC,
a Delaware limited liability company;
GALDERMA LABORATORIES, L.P.,
a Texas domestic limited partnership;
AMNEAL PHARMACEUTICALS LLC,
a Delaware limited liability company;
GENENTECH USA, INC., a Delaware
corporation; GILEAD SCIENCES, INC.,
a Delaware corporation;

GLAXOSMITHKLINE LLC, a Delaware
limited liability company; KALA
PHARMACEUTICALS, INC.,
a Delaware corporation; LEO PHARMA
INC., a Delaware corporation;
LUNDBECK LLC, a Delaware
limited liability company; MAYNE
PHARMA INC., a North Carolina
corporation;  MERCK SHARP & DOHME
CORP., a New Jersey corporation; MISSION
PHARMACAL COMPANY, a Texas
corporation; MYLAN SPECIALTY, L.P.
a Delaware limited partnership;
CURRAX PHARMACEUTICALS
LLC, a Delaware limited liability
company; NOVARTIS
PHARMACEUTICALS
CORPORATION, a Delaware
corporation; OREXO US, INC.,
a Delaware corporation;
SANOFI-AVENTIS U.S. LLC,
a Delaware limited liability company;
SPROUT PHARMACEUTICALS, INC., a
Delaware corporation; SUN
PHARMACEUTICAL INDUSTRIES, INC.,
a Delaware corporation; SUNOVION
PHARMACEUTICALS INC., a Delaware
corporation; SUPERNUS
PHARMACEUTICALS,
INC., a Delaware corporation;
TAKEDA PHARMACEUTICALS
U.S.A., INC., a Delaware corporation;
TERSERA THERAPEUTICS LLC,
a Delaware limited liability company;
UPSHER-SMITH LABORATORIES,
INC., a Minnesota corporation;
USWM, LLC, a Delaware limited
liability company; VIVUS, INC.,

a Delaware corporation; RX CARE 14 LLC,
a North Carolina limited liability company;
FENTON PHARMACY
LLC, a Michigan limited liability company;
WELLCARE PHARMACY SERVICES,
INC., a Florida corporation; WESLEY
CHAPEL RX LLC f/k/a BENZER FL 11
LLC, a Florida limited liability company;
NEW CARE PHARMACY LLC f/k/a
BENZER FL 9 LLC, a Florida limited
liability company; MEDICAL CENTER
PHARMACY LLC f/k/a BENZER FL 12
LLC, a Florida limited liability company;
CANAL STREET PHARMACY LLC f/k/a
BENZER LA 1 LLC, a Louisiana limited
liability company; TAMPA SPECIALTY
PHARMACY LLC f/k/a BENZER FL 13
LLC, a Florida limited liability company;
BATTLECREEK PHARMACY INC., a
Michigan corporation; PRONTO-MED
INC., a Florida corporation; PALM RX
PHARMACY LLC f/k/a BENZER FL 14
LLC, a Florida limited liability company;
RX CARE OF LADY LAKE, INC., a
Florida corporation; BROOKSVILLE
DRUGS INC. f/k/a BENZER FL 39, INC. a
Florida corporation; RX ONE PHARMACY,
LLC f/k/a RX PLUS PHARMACY LLC, a
Florida limited liability company; BLUE
PHARMACY LLC f/k/a HORROCKS
PHARMACY LLC, a Michigan limited
liability company; POMP PHARMACY
LLC f/k/a BENZER PHARMACY FL 2
LLC, a Florida limited liability company;
RICHEY PHARMACY LLC f/k/a BENZER
FL 7 LLC, a Florida limited liability
company; MT. DORA PHARMACY LLC
f/k/a BENZER FL 4 LLC, a Florida limited
liability company; MANGO PHARMACY
LLC f/k/a BENZER FL 15 LLC, a Florida

limited liability company; PINELLAS
PARK DRUGS LLC f/k/a BENZER FL 8
LLC, a Florida limited liability company;
BYRON DRUGS LLC, a
Michigan limited liability company;
BIO SCRIPT PHARMACY LLC, a
Michigan limited liability company;
EDWARDS PHARMACY OF INDIAN
ROCKS LLC, a Florida limited liability
company; TAMPA RX CARE LLC f/k/a
BENZER FL 17 LLC, a Florida limited
liability company; MESQUITE
PHARMACY LLC f/k/a BENZER TX 3
LLC, a Texas limited liability company;
COLFAX PHARMACY LLC f/k/a
BENZER IA 1 LLC, an Iowa limited
liability company; COASTAL DRUGS LLC
f//k/a BENZER CA 1  LLC, a California
limited liability company;
HENDERSONVILLE PHARMACY LLC
f/k/a BENZER TN 1 LLC, a Tennessee
limited liability company; RX CARE 13
LLC, a North Carolina limited liability
company; RX CARE OF NC LLC, a North
Carolina limited liability company; RX
CARE OF LA, INC., a Louisiana
corporation; RX CARE FOUR LLC, a
Florida limited liability company; BETTER
CARE PHARMACY, LLC, a Virginia
limited liability company; RX CARE 11
LLC, a Florida limited liability company;
CROWN POINT PHARMACY LLC f/k/a
BENZER IN 1 LLC, an Indiana limited
liability company; HEBRON RX CARE
LLC f/k/a BENZER OH 1 LLC, an Ohio
limited liability company; FRAZEYSBURG
PHARMACY LLC f/k/a BENZER OH 3
LLC, an Ohio limited liability company;
LAWLER'S PHARMACY LLC f/k/a
BENZER OH 4 LLC, an Ohio limited

liability company; VILLAGE DRUGS LLC
f/k/a BENZER OH 6 LLC, an Ohio limited
liability company; YELLOW SPRINGS
PHARMACY LLC f/k/a BENZER OH 7
LLC, an Ohio limited liability company;
WHITE OAK PHARMACY LLC f/k/a
BENZER OH 8 LLC, an Ohio limited
liability company; UNIONTOWN
PHARMACY LLC f/k/a BENZER OH 12
LLC, an Ohio limited liability company;
BENZER OH 10 LLC, an Ohio limited
liability company; NEWARK PHARMACY
LLC f/k/a BENZER OH 9 LLC, an Ohio
limited liability company; LANCASTER
DRUGS LLC f/k/a BENZER MO 2 LLC, a
Missouri limited liability company;
LOGANVILLE DRUGS LLC f/k/a
BENZER GA 3 LLC, a Georgia limited
liability company; KELLOGG DRUGS LLC
f/k/a BENZER ID 1 LLC, a Indiana limited
liability company; HARI OM PHARMACY
LLC, a Michigan limited liability company;
NORTH SAGINAW PHARMACY LLC, a
Michigan limited liability company; SKY
CITY PHARMACY LLC f/k/a RX CARE
SPECIALTY PHARMACY LLC, a
Michigan limited liability company;
BROOKSIDE DRUGS LLC, a Michigan
limited liability company; BUDDY'S
PHARMACY LLC f/k/a BENZER NV 1
LLC, a Nevada limited liability company;
BENZER NJ 3 LLC, a New Jersey  limited
liability company; RX CARE 16 LLC, a
Florida limited liability company; RX CARE
10 LLC, a Florida limited liability company;
MIAMI COAST PHARMACY LLC f/k/a
BENZER PHARMACY FL 1 LLC, a
Florida limited liability company; AMENIA
DRUGS LLC f/k/a BENZER NY 1 LLC, a
New York limited liability company; RX

CARE OF MI LLC, a Michigan limited
liability company; DRUG WORLD OF
AMENIA LLC, a New York limited liability
company; and GANESHKRUPA, LLC d/b/a
BENZER PHARMACY, a Florida limited
liability company

     Defendants.

_____/

## COMPLAINT FOR INTERPLEADER

Plaintiff, RXC ACQUISITION COMPANY d/b/a RXCROSSROADS BY
MCKESSON, a Delaware corporation ("Rx Crossroads"), by and through its
undersigned counsel, files this complaint suing Defendants, ALKERMES, INC., a
Pennsylvania corporation; ANTARES PHARMA, INC., a Delaware corporation;
ARBOR PHARMACEUTICALS, LLC, a Delaware limited liability company;
STAYMA CONSULTING SERVICES, LLC, a Delaware limited liability company;
ASTELLAS PHARMA US, INC., a Delaware corporation; BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation; BRISTOL-
MYERS SQUIBB COMPANY, a Delaware corporation; CELGENE
CORPORATION, a Delaware corporation; COVIS PHARMA, B.V., a foreign
corporation; DAIICHI SANKYO, INC., a Delaware corporation; DERMIRA, INC.,
a Delaware corporation; EYEVANCE PHARMACEUTICALS LLC, a Delaware
limited liability company; GALDERMA LABORATORIES, L.P., a Texas domestic
limited partnership; AMNEAL PHARMACEUTICALS LLC, a Delaware limited

liability company; GENENTECH USA, INC., a Delaware corporation; GILEAD SCIENCES, INC., a Delaware corporation; GLAXOSMITHKLINE LLC is a Delaware limited liability company; KALA PHARMACEUTICALS, INC., a Delaware corporation; LEO PHARMA INC., a Delaware corporation; LUNDBECK LLC, a Delaware limited liability company; MAYNE PHARMA INC., a North Carolina corporation; MERCK SHARP & DOHME CORP., a New Jersey corporation; MISSION PHARMACAL COMPANY, a Texas corporation; MYLAN SPECIALTY, L.P., a Delaware limited partnership; CURRAX PHARMACEUTICALS LLC, a Delaware limited liability company; NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation; OREXO US, INC., a Delaware corporation; SANOFI-AVENTIS U.S. LLC, a Delaware limited liability company; SPROUT PHARMACEUTICALS, INC., a Delaware corporation; SUN PHARMACEUTICAL INDUSTRIES, INC., a Delaware corporation; SUNOVION PHARMACEUTICALS INC., a Delaware corporation; SUPERNUS PHARMACEUTICALS, INC., a Delaware corporation; TAKEDA PHARMACEUTICALS U.S.A., INC., a Delaware corporation; TERSERA THERAPEUTICS LLC, a Delaware limited liability company; UPSHER-SMITH LABORATORIES, INC., a Minnesota corporation; USWM, LLC, a Delaware limited liability company; VIVUS, INC., a Delaware corporation; RX CARE 14 LLC, a North Carolina limited liability company; FENTON PHARMACY LLC, a

Michigan limited liability company; WELLCARE PHARMACY SERVICES, INC., a Florida corporation; WESLEY CHAPEL RX LLC f/k/a BENZER FL 11 LLC, a Florida limited liability company; NEW CARE PHARMACY LLC f/k/a BENZER FL 9 LLC, a Florida limited liability company; MEDICAL CENTER PHARMACY LLC f/k/a BENZER FL 12 LLC, a Florida limited liability company; CANAL STREET PHARMACY LLC f/k/a BENZER LA 1 LLC, a Louisiana limited liability company; TAMPA SPECIALTY PHARMACY LLC f/k/a BENZER FL 13 LLC, a Florida limited liability company; BATTLECREEK PHARMACY INC., a Michigan corporation; PRONTO MED INC., a Florida corporation; PALM RX PHARMACY LLC f/k/a BENZER FL 14 LLC, a Florida limited liability company; RX CARE OF LADY LAKE, INC., a Florida corporation; BROOKSVILLE DRUGS INC. f/k/a BENZER FL 39, INC., a Florida corporation; RX ONE PHARMACY LLC f/k/a RX PLUS PHARMACY LLC, a Florida limited liability company; BLUE PHARMACY LLC f/k/a HORROCKS PHARMACY LLC, a Michigan limited liability company; POMP PHARMACY LLC f/k/a BENZER PHARMACY FL 2 LLC, a Florida limited liability company; RICHEY PHARMACY LLC f/k/a BENZER FL 7 LLC, a Florida limited liability company; MT. DORA PHARMACY LLC f/k/a BENZER FL 4 LLC, a Florida limited liability company; MANGO PHARMACY LLC f/k/a BENZER FL 15 LLC, a Florida limited liability company; PINELLAS PARK DRUGS LLC f/k/a BENZER FL 8

LLC, a Florida limited liability company; BYRON DRUGS LLC, a Michigan limited liability company; BIO SCRIPT PHARMACY LLC, a Michigan limited liability company; EDWARDS PHARMACY OF INDIAN ROCKS LLC, a Florida limited liability company; TAMPA RX CARE LLC f/k/a BENZER FL 17 LLC, a Florida limited liability company; MESQUITE PHARMACY LLC f/k/a BENZER TX 3 LLC, a Texas limited liability company; COLFAX PHARMACY LLC f/k/a BENZER IA 1, LLC, an Iowa limited liability company; COASTAL DRUGS LLC f/k/a BENZER CA 1 LLC, a California limited liability company; HENDERSONVILLE PHARMACY LLC f/k/a BENZER TN 1 LLC, a Tennessee limited liability company, RX CARE 13 LLC, a North Carolina limited liability company; RX CARE OF NC LLC, a North Carolina limited liability company; RX CARE OF LA INC., a Louisiana corporation;  RX CARE FOUR LLC, a Florida limited liability company; BETTER CARE PHARMACY, LLC, a Virginia limited liability company; RX CARE 11 LLC, a Florida limited liability company; CROWN POINT PHARMACY LLC f/k/a BENZER IN 1 LLC, an Indiana limited liability company; HEBRON RX CARE LLC f/k/a BENZER OH 1 LLC, an Ohio limited liability company; FRAZEYBURG PHARMACY LLC f/k/a BENZER OH 3 LLC, an Ohio limited liability company; LAWLER'S PHARMACY LLC f/k/a BENZER OH 4 LLC, an Ohio limited liability company; VILLAGE DRUGS LLC f/k/a BENZER OH 6 LLC, an Ohio limited liability company; YELLOW SPRINGS

PHARMACY LLC f/k/a BENZER OH 7 LLC, an Ohio limited liability company; WHITE OAK PHARMACY LLC f/k/a BENZER OH 8 LLC, an Ohio limited liability company; UNIONTOWN PHARMACY LLC f/k/a BENZER OH 12 LLC, an Ohio limited liability company;  BENZER OH 10 LLC, an Ohio limited liability company;  NEWARK PHARMACY LLC f/k/a BENZER OH 9 LLC, an Ohio limited liability company; LANCASTER DRUGS LLC f/k/a BENZER MO 2 LLC, a Missouri limited liability company; LOGANVILLE DRUGS LLC f/k/a BENZER GA 3 LLC, a Georgia limited liability company; KELLOGG DRUGS LLC f/k/a BENZER ID 1 LLC, a Indiana limited liability company; HARI OM PHARMACY LLC, a Michigan limited liability company; NORTH SAGINAW PHARMACY LLC, a Michigan limited liability company; SKY CITY PHARMACY LLC f/k/a RX CARE SPECIALTY PHARMACY LLC, a Michigan limited liability company; BROOKSIDE DRUGS LLC, a Michigan limited liability company; BUDDY'S PHARMACY LLC f/k/a BENZER NV 1 LLC, a Nevada limited liability company; BENZER NJ 3 LLC, a New Jersey limited liability company; RX CARE 16 LLC, a Florida limited liability company; RX CARE 10 LLC, a Florida limited liability company; MIAMI COAST PHARMACY LLC f/k/a BENZER PHARMACY FL 1 LLC, a Florida limited liability company; AMENIA DRUGS LLC f/k/a BENZER NY 1 LLC, a New York limited liability company; RX CARE OF MI LLC, a Michigan limited liability company; DRUG WORLD OF AMENIA LLC, a New

York limited liability company; and GANESHKRUPA, LLC d/b/a BENZER PHARMACY, a Florida limited liability company (hereinafter collectively referred to as "Defendants"), and states as follows:

## JURISDICTION AND VENUE

1.     This is an action for interpleader, pursuant to Rule 22 of the Federal Rules of Civil Procedure, seeking to interplead proceeds, to obtain an order from the Court to designate the proper payee of such proceeds and for other relief as deemed appropriate.

2.     This Court has subject-matter jurisdiction over this action pursuant 28 U.S.C. §1335 because at least two of the defendants are citizens of different states as defined in 28 U.S.C. §1332 and the value of the property in controversy is more than $500.00.

3.     Venue is proper in this Court pursuant to 28 U.S.C. §1391, in that at least one defendant[1] resides in this district and there is no district in which an action may otherwise be brought as to all parties.

---

[1] A number of the Retail Pharmacy Defendants, including but not limited to WESLEY CHAPEL RX LLC f/k/a BENZER FL 11 LLC, a Florida limited liability company and TAMPA SPECIALTY PHARMACY LLC f/k/a BENZER FL 13 LLC, a Florida limited liability company, reside in Hillsborough County, Florida, which is located in the Middle District of Florida.

## THE PARTIES

4.     Plaintiff Rx Crossroads is a Delaware corporation with its principal place of business in Texas.

5.     Defendant ALKERMES, INC. is a Pennsylvania corporation with its principal place of business in Massachusetts.

6.     Defendant ANTARES PHARMA, INC. is a Delaware corporation with its principal place of business in New Jersey.

7.     Defendant ARBOR PHARMACEUTICALS, LLC is a Delaware limited liability company.

8.     Defendant STAYMA CONSULTING SERVICES, LLC is a Delaware limited liability company.

9.     Defendant ASTELLAS PHARMA US, INC. is a Delaware corporation with its principal place of business in Illinois.

10.    Defendant BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. is a Delaware corporation with its principal place of business in Connecticut.

11.    Defendant BRISTOL-MYERS SQUIBB COMPANY is a Delaware corporation with its principal place of business in New Jersey.

12.    Defendant CELGENE CORPORATION is a Delaware corporation with its principal place of business in California.

13.    Defendant COVIS PHARMA, B.V., a foreign corporation.

14.     Defendant DAIICHI SANKYO, INC. is a Delaware corporation with its principal place of business in New Jersey.

15.     Defendant DERMIRA, INC. is a Delaware corporation with its principal place of business in Indiana.

16.     Defendant EYEVANCE PHARMACEUTICALS LLC is a Delaware limited liability company.

17.     Defendant GALDERMA LABORATORIES, L.P. is a Texas domestic limited partnership with its principal place of business in Texas.

18.     Defendant AMNEAL PHARMACEUTICALS LLC is a Delaware limited liability company.

19.     Defendant GENENTECH USA, INC. is a Delaware corporation with its principal place of business in California.

20.     Defendant GILEAD SCIENCES, INC. is a Delaware corporation with its principal place of business in California.

21.     Defendant GLAXOSMITHKLINE LLC is a Delaware limited liability company.

22.     Defendant KALA PHARMACEUTICALS, INC. is a Delaware corporation with its principal place of business in Massachusetts.

23.     Defendant LEO PHARMA INC. is a Delaware corporation with its principal place of business in New Jersey.

24.     Defendant LUNDBECK LLC is a Delaware limited liability company.

25.     Defendant MAYNE PHARMA INC. is a North Carolina corporation with its principal place of business in North Carolina.

26.     Defendant MERCK SHARP & DOHME CORP. is a New Jersey corporation with its principal place of business in New Jersey.

27.     Defendant MISSION PHARMACAL COMPANY is a Texas corporation with its principal place of business in Texas.

28.     Defendant MYLAN SPECIALTY L.P. is a Delaware limited partnership.

29.     Defendant CURRAX PHARMACEUTICALS LLC is a Delaware limited liability company.

30.     Defendant NOVARTIS PHARMACEUTICALS CORPORATION is a Delaware corporation with its principal place of business in Delaware.

31.     Defendant OREXO US, INC. is a Delaware corporation with its principal place of business in New Jersey.

32.     Defendant SANOFI-AVENTIS U.S. LLC is a Delaware limited liability company.

33.     Defendant SPROUT PHARMACEUTICALS, INC. is a Delaware corporation with its principal place of business in North Carolina.

34.     Defendant SUN PHARMACEUTICAL INDUSTRIES, INC. is a Delaware corporation with its principal place of business in New Jersey.

35.     Defendant SUNOVION PHARMACEUTICALS INC. is a Delaware corporation with its principal place of business in Massachusetts.

36.     Defendant SUPERNUS PHARMACEUTICALS, INC. is a Delaware corporation with its principal place of business in Maryland.

37.     Defendant TAKEDA PHARMACEUTICALS U.S.A., INC. is a Delaware corporation with its principal place of business in Massachusetts.

38.     Defendant TERSERA THERAPEUTICS LLC is a Delaware limited liability company.

39.     Defendant UPSHER-SMITH LABORATORIES, INC. is a Minnesota corporation with its principal place of business in Minnesota.

40.     Defendant USWM, LLC is a Delaware limited liability company.

41.     Defendant VIVUS, INC. is a Delaware corporation with its principal place of business in California.

42.     Defendants ALKERMES, INC., ANTARES PHARMA, INC., ARBOR PHARMACEUTICALS, LLC, STAYMA CONSULTING SERVICES, LLC, ASTELLAS PHARMA US, INC., BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BRISTOL-MYERS SQUIBB COMPANY, CELGENE CORPORATION, COVIS PHARMA, B.V., DAIICHI SANKYO, INC.,

DERMIRA, INC., EYEVANCE PHARMACEUTICALS LLC, GALDERMA LABORATORIES, L.P., AMNEAL PHARMACEUTICALS LLC, GENENTECH USA, INC., GILEAD SCIENCES, INC.,  GLAXOSMITHKLINE LLC, KALA PHARMACEUTICALS, INC., LEO PHARMA INC., LUNDBECK LLC, MAYNE PHARMA INC., MERCK SHARP & DOHME CORP., MISSION PHARMACAL COMPANY, MYLAN SPECIALTY, L.P, CURRAX PHARMACEUTICALS LLC, NOVARTIS PHARMACEUTICALS CORPORATION, OREXO US, INC., SANOFI-AVENTIS U.S. LLC, SPROUT PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES, INC., SUNOVION PHARMACEUTICALS INC., SUPERNUS PHARMACEUTICALS, INC., TAKEDA PHARMACEUTICALS U.S.A., INC., TERSERA THERAPEUTICS LLC, UPSHER-SMITH LABORATORIES, INC., USWM, LLC and VIVUS, INC. shall hereinafter collectively be referenced as the ("Pharmaceutical Defendants").

43.    Defendant RX CARE 14 LLC is a North Carolina limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of RX CARE 14 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

44.    Defendant FENTON PHARMACY LLC is a Michigan limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is

the sole member of FENTON PHARMACY LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

45.    Defendant WELLCARE PHARMACY SERVICES, INC. is a Florida corporation with its principal place of business in the State of Florida.

46.    Defendant WESLEY CHAPEL RX LLC f/k/a BENZER FL 11 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of WESLEY CHAPEL RX LLC f/k/a BENZER FL 11 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

47.    Defendant NEW CARE PHARMACY LLC f/k/a BENZER FL 9 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of NEW CARE PHARMACY LLC f/k/a BENZER FL 9 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

48.    Defendant MEDICAL CENTER PHARMACY LLC f/k/a BENZER FL 12 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of MEDICAL

CENTER PHARMACY LLC f/k/a BENZER FL 12 LLC.  Alpesh Patel, a citizen of

the State of Florida and Manish Patel, a citizen of the State of Michigan are the

members of BENZER PHARMACY HOLDING LLC.

49.    Defendant CANAL STREET PHARMACY LLC f/k/a BENZER LA 1

LLC is a Louisiana limited liability company.  On information and belief, BENZER

PHARMACY HOLDING LLC is the sole member of CANAL STREET

PHARMACY LLC f/k/a BENZER LA 1 LLC.  Alpesh Patel, a citizen of the State

of Florida and Manish Patel, a citizen of the State of Michigan are the members of

BENZER PHARMACY HOLDING LLC.

50.    Defendant TAMPA SPECIALTY PHARMACY LLC f/k/a BENZER

FL 13 LLC is a Florida limited liability company.  On information and belief,

BENZER PHARMACY HOLDING LLC is the sole member of TAMPA

SPECIALTY PHARMACY LLC f/k/a BENZER FL 13 LLC.  Alpesh Patel, a citizen

of the State of Florida and Manish Patel, a citizen of the State of Michigan are the

members of BENZER PHARMACY HOLDING LLC.

51.    Defendant BATTLECREEK PHARMACY INC. is a Michigan

corporation with its principal place of business in the State of Florida.

52.    Defendant PRONTO-MED INC. is a Florida corporation with its

principal place of business in the State of Florida.

53.    Defendant PALM RX PHARMACY LLC f/k/a BENZER FL 14 LLC is a Florida limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of PALM RX PHARMACY LLC f/k/a BENZER FL 14 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

54.    Defendant RX CARE OF LADY LAKE, INC. is a Florida corporation with its principal place of business in the State of Florida.

55.    Defendant BROOKSVILLE DRUGS, INC. f/k/a BENZER FL 39, INC. is a Florida corporation with its principal place of business in the State of Florida.

56.    Defendant RX ONE PHARMACY, LLC f/k/a RX PLUS PHARMACY LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of RX ONE PHARMACY, LLC f/k/a RX PLUS PHARMACY LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

57.    Defendant  BLUE  PHARMACY  LLC  f/k/a  HORROCKS PHARMACY, LLC is a Michigan limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of BLUE

PHARMACY LLC f/k/a HORROCKS PHARMACY, LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

58.    Defendant POMP PHARMACY LLC f/k/a BENZER PHARMACY FL 2 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of POMP PHARMACY LLC f/k/a BENZER PHARMACY FL 2 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

59.    Defendant RICHEY PHARMACY LLC f/k/a BENZER FL 7 LLC is a Florida limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of RICHEY PHARMACY LLC f/k/a BENZER FL 7 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

60.    Defendant MT. DORA PHARMACY LLC f/k/a BENZER FL 4 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of MT. DORA PHARMACY LLC f/k/a BENZER FL 4 LLC.  Alpesh Patel, a citizen of the State of Florida and

Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

61.     Defendant MANGO PHARMACY LLC f/k/a BENZER FL 15 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of MANGO PHARMACY LLC f/k/a BENZER FL 15 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

62.     Defendant PINELLAS PARK DRUGS LLC f/k/a BENZER FL 8 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of PINELLAS PARK DRUGS LLC f/k/a BENZER FL 8 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

63.     Defendant BYRON DRUGS LLC is a Michigan limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of BYRON DRUGS LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

64.     Defendant BIO SCRIPT PHARMACY LLC is a Michigan limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of BIO SCRIPT PHARMACY LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

65.     Defendant EDWARDS PHARMACY OF INDIAN ROCKS LLC is a Florida limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of EDWARDS PHARMACY OF INDIAN ROCKS LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

66.     Defendant TAMPA RX CARE LLC f/k/a BENZER FL 17 LLC is a Florida limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of TAMPA RX CARE LLC f/k/a BENZER FL 17 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

67.     Defendant MESQUITE PHARMACY LLC f/k/a BENZER TX 3 LLC is a Texas limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of MESQUITE PHARMACY

LLC f/k/a BENZER TX 3 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

68.    Defendant COLFAX PHARMACY LLC f/k/a BENZER IA 1 LLC is an Iowa limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of COLFAX PHARMACY LLC f/k/a BENZER IA 1 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

69.    Defendant COASTAL DRUGS LLC f/k/a BENZER CA 1 LLC is a California limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of COASTAL DRUGS LLC f/k/a BENZER CA 1 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

70.    Defendant HENDERSONVILLE PHARMACY LLC f/k/a BENZER TN 1 LLC is a Tennessee limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of HENDERSONVILLE PHARMACY LLC f/k/a BENZER TN 1 LLC.  Alpesh Patel,

a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

71.    Defendant RX CARE 13 LLC is a North Carolina limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of RX Care 13 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

72.    Defendant RX CARE OF NC LLC is a North Carolina limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of RX CARE OF NC LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

73.    Defendant RX CARE OF LA, INC. is a Louisiana corporation with its principal place of business in the State of Louisiana.

74.    Defendant RX CARE FOUR LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of RX CARE FOUR LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

75.     Defendant BETTER CARE PHARMACY, LLC is a Virginia limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member BETTER CARE PHARMACY, LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

76.     Defendant RX CARE 11 LLC, is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member RX CARE 11 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

77.     Defendant CROWN POINT PHARMACY LLC f/k/a BENZER IN 1 LLC is an Indiana limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member CROWN POINT PHARMACY LLC f/k/a BENZER IN 1 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

78.     Defendant HEBRON RX CARE LLC f/k/a BENZER OH 1 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member HEBRON RX CARE LLC f/k/a BENZER OH

1 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

79.     Defendant FRAZEYBURG PHARMACY LLC f/k/a BENZER OH 3 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member FRAZEYBURG PHARMACY LLC f/k/a BENZER OH 3 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

80.     Defendant LAWLER'S PHARMACY LLC f/k/a BENZER OH 4 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member LAWLER'S PHARMACY LLC f/k/a BENZER OH 4 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

81.     Defendant VILLAGE DRUGS LLC f/k/a BENZER OH 6 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member VILLAGE DRUGS LLC f/k/a BENZER OH 6 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

82.     Defendant YELLOW SPRINGS PHARMACY LLC f/k/a BENZER OH 7 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member YELLOW SPRINGS PHARMACY LLC f/k/a BENZER OH 7 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

83.     Defendant WHITE OAK PHARMACY LLC f/k/a BENZER OH 8 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member WHITE OAK PHARMACY LLC f/k/a BENZER OH 8 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

84.     Defendant UNIONTOWN PHARMACY LLC f/k/a BENZER OH 12 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member UNIONTOWN PHARMACY LLC f/k/a BENZER OH 12 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

85.     Defendant BENZER OH 10 LLC is an Ohio limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole

member BENZER OH 10 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

86.     Defendant NEWARK PHARMACY LLC f/k/a BENZER OH 9 LLC is an Ohio limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member NEWARK PHARMACY LLC f/k/a BENZER OH 9 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

87.     Defendant LANCASTER DRUGS LLC f/k/a BENZER MO 2 LLC is a Missouri limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member LANCASTER DRUGS LLC f/k/a BENZER MO 2 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

88.     Defendant LOGANVILLE DRUGS LLC f/k/a BENZER GA 3 LLC is a Georgia limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of LOGANVILLE DRUGS LLC f/k/a BENZER GA 3 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish

Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

89.     Defendant KELLOGG DRUGS LLC f/k/a BENZER ID 1 LLC is an Indiana limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member KELLOGG DRUGS LLC f/k/a BENZER ID 1 LLC. Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

90.     HARI OM PHARMACY LLC is a Michigan limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member HARI OM PHARMACY LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

91.     Defendant NORTH SAGINAW PHARMACY LLC is a Michigan limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member NORTH SAGINAW PHARMACY LLC. Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

92.     Defendant SKY CITY PHARMACY LLC f/k/a RX CARE SPECIALTY PHARMACY LLC is a Michigan limited liability company.  On

information and belief, BENZER PHARMACY HOLDING LLC is the sole member SKY CITY PHARMACY LLC f/k/a RX CARE SPECIALTY PHARMACY LLC. Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

93.     Defendant BROOKSIDE DRUGS LLC is a Michigan limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member BROOKSIDE DRUGS LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

94.     Defendant BUDDY'S PHARMACY LLC f/k/a BENZER NV 1 LLC is a Nevada limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member BUDDY'S PHARMACY LLC f/k/a BENZER NV 1 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

95.     Defendant BENZER NJ 3 LLC is a New Jersey limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member BENZER NJ 3 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

96.    Defendant RX CARE 16 LLC is a Florida limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member RX CARE 16 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

97.    Defendant RX CARE 10 LLC is a Florida limited liability company. On information and belief, BENZER PHARMACY HOLDING LLC is the sole member RX CARE 10 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

98.    Defendant  MIAMI  COAST  PHARMACY  LLC  f/k/a  BENZER PHARMACY FL 1 LLC is a Florida limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member MIAMI COAST PHARMACY LLC f/k/a BENZER PHARMACY FL 1 LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

99.    Defendant AMENIA DRUGS LLC f/k/a BENZER NY 1 LLC is a New York limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member AMENIA DRUGS LLC f/k/a BENZER NY 1

LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

100.  Defendant RX CARE OF MI LLC is a Michigan limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member RX CARE OF MI LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

101.  Defendant DRUG WORLD OF AMENIA LLC is a New York limited liability company.  On information and belief, BENZER PHARMACY HOLDING LLC is the sole member DRUG WORLD OF AMENIA LLC.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

102.  Defendant GANESHKRUPA, LLC d/b/a BENZER PHARMACY is a Florida limited liability company.   On information and belief, BENZER PHARMACY HOLDING LLC is the sole member of GANESHKRUPA, LLC d/b/a BENZER PHARMACY.  Alpesh Patel, a citizen of the State of Florida and Manish Patel, a citizen of the State of Michigan are the members of BENZER PHARMACY HOLDING LLC.

103.  Defendants RX CARE 14 LLC, FENTON PHARMACY LLC, WELLCARE PHARMACY SERVICES, INC., WESLEY CHAPEL RX LLC f/k/a

BENZER FL 11 LLC, a Florida limited liability company, NEW CARE PHARMACY LLC f/k/a BENZER FL 9 LLC, MEDICAL CENTER PHARMACY LLC f/k/a BENZER FL 12 LLC, CANAL STREET PHARMACY f/k/a BENZER LA 1 LLC, TAMPA SPECIALTY PHARMACY LLC f/k/a BENZER FL 13 LLC, BATTLECREEK PHARMACY INC., PRONTO MED INC., PALM RX PHARMACY LLC f/k/a BENZER FL 14 LLC, RX CARE OF LADY LAKE, INC., BROOKSVILLE DRUGS INC f/k/a BENZER FL 39, RX ONE PHARMACY LLC f/k/a RX PLUS PHARMACY LLC, BLUE PHARMACY LLC f/k/a HORROCKS PHARMACY, LLC, POMP PHARMACY LLC f/k/a BENZER PHARMACY FL 2 LLC, RICHEY PHARMACY LLC f/k/a BENZER FL 7 LLC, MT. DORA PHARMACY LLC f/k/a BENZER FL 4 LLC, MANGO PHARMACY LLC f/k/a BENZER FL 15 LLC, PINELLAS PARK DRUGS LLC f/k/a BENZER FL 8 LLC, BYRON DRUGS LLC, BIO SCRIPT PHARMACY LLC, EDWARDS PHARMACY OF INDIAN ROCKS LLC, TAMPA RX CARE LLC f/k/a BENZER FL 17 LLC, MESQUITE PHARMACY LLC f/k/a BENZER TX 3 LLC, COLFAX PHARMACY LLC f/k/a BENZER IA 1 LLC, COASTAL DRUGS LLC f/k/a BENZER CA 1 LLC, HENDERSONVILLE PHARMACY LLC f/k/a BENZER TN 1 LLC, RX CARE 13 LLC, RX CARE OF NC LLC, RX CARE OF LA INC., RX CARE FOUR LLC, BETTER CARE PHARMACY, LLC, RX CARE 11 LLC, CROWN POINT PHARMACY LLC f/k/a BENZER IN 1 LLC, HEBRON RX

CARE LLC f/k/a BENZER OH 1 LLC, FRAZEYBURG PHARMACY LLC f/k/a BENZER OH 3 LLC, LAWLER'S PHARMACY LLC f/k/a BENZER OH 4 LLC, VILLAGE DRUGS LLC f/k/a BENZER OH 6 LLC, YELLOW SPRINGS PHARMACY LLC f/k/a BENZER OH 7 LLC, WHITE OAK PHARMACY LLC f/k/a BENZER OH 8 LLC, UNIONTOWN PHARMACY LLC f/k/a BENZER OH 12 LLC, BENZER OH 10 LLC, NEWARK PHARMACY LLC f/k/a BENZER OH 9 LLC, LANCASTER DRUGS LLC f/k/a BENZER MO 2 LLC, LOGANVILLE DRUGS LLC f/k/a BENZER GA 3 LLC, KELLOGG DRUGS LLC f/k/a BENZER ID 1 LLC, HARI OM PHARMACY LLC, NORTH SAGINAW PHARMACY LLC, SKY CITY PHARMACY LLC f/k/a RX CARE SPECIALTY PHARMACY LLC, BROOKSIDE DRUGS LLC, BUDDY'S PHARMACY LLC f/k/a BENZER NV 1 LLC, BENZER NJ 3 LLC, RX CARE 16 LLC, RX CARE 10 LLC, MIAMI COAST PHARMACY LLC f/k/a BENZER PHARMACY FL 1 LLC, AMENIA DRUGS LLC f/k/a BENZER NY 1 LLC, RX CARE OF MI LLC, DRUG WORLD OF AMENIA LLC and GANESHKRUPA LLC d/b/a BENZER PHARMACY shall hereinafter collectively be referenced as the ("Retail Pharmacy Defendants").

## BACKGROUND

104. Rx Crossroads administers programs, including McKesson LoyaltyScript®, and Trial Script® Programs, which connect patients to drug

therapies and provide co-payment assistance and pharmacy vouchers for qualifying patients and pharmaceuticals ("Loyalty Programs").

105.   Through the Loyalty Programs, Rx Crossroads facilitates the provision of drugs to patients and reimburses pharmacies pursuant to the terms of the various programs.

106.   The Pharmaceutical Defendants participate in the Loyalty Programs administered by Rx Crossroads.

107.   Until May 1, 2020, the Retail Pharmacy Defendants participated in various Loyalty Programs administered by Rx Crossroads.

108.   Rx Crossroads administered the Loyalty Programs on behalf of the Pharmaceutical Defendants and served as a financial clearinghouse between the Pharmaceutical Defendants and the Retail Pharmacy Defendants.

109.   On or about May 1, 2020, Rx Crossroads terminated some or all of the Retail Pharmacy Defendants' participation in the Loyalty Programs.

110.   As a result of Rx Crossroads' termination of some or all of the Retail Pharmacy Defendants' participation in the Loyalty Programs, Rx Crossroads remained in possession of certain funds that it was administering pursuant to the terms of the Loyalty Programs. The funds that remained in Rx Crossroads' possession upon termination of the Retail Pharmacy Defendants' participation in the Loyalty Programs shall be referenced herein as the ("Loyalty Funds").

111.    Also as a result of Rx Crossroads termination some or all of the Retail Pharmacy Defendants' Loyalty Programs participation, many of the Pharmaceutical Defendants inquired as to the disposition of the Loyalty Funds in Rx Crossroads' possession or otherwise made demand upon Rx Crossroads as to some portion of the Loyalty Funds in Rx Crossroads' possession.

112.    Further, on or about April 15, 2021, counsel for some or all of the Retail Pharmacy Defendants made demand upon counsel for Rx Crossroads for payment of the Loyalty Funds in Rx Crossroads' possession.  A true and correct copy of this April 15, 2021 communication asserting the Retail Pharmacy Defendants' entitlement to the Loyalty Funds is attached hereto as **Exhibit A**.

113.    As a result of receiving the multiple demands for the Loyalty Funds, Rx Crossroads has retained possession of the Loyalty Funds.  Attached hereto as **Exhibit B** is a true and correct copy of a chart setting out the competing claims to the Loyalty Funds in Rx Crossroads' possession.

## INTERPLEADER

114.    Rx Crossroads realleges paragraphs 1 through 113 as though fully set forth herein.

115.    Rx Crossroads is ready, able and willing to pay the Loyalty Funds, except that Rx Crossroads is in doubt as to whom it should direct the Loyalty Funds.

116.   Rx Crossroads could be exposed to liability beyond the Loyalty Funds if it pays the Loyalty Funds to any of the Defendants.

117.   Rx Crossroads is without adequate knowledge and information to determine who is entitled to the Loyalty Funds.

118.   Rx Crossroads did not cause the potential conflicting claims between Pharmaceutical Defendants and the Retail Pharmacy Defendants and has no interest in the Loyalty Funds, other than to bring all such claims before this Court for judicial determination.

119.   Rx Crossroads has a reasonable and bona fide fear that making a payment to any of the parties who have demanded the Loyalty Funds would expose Rx Crossroads to liability in excess of the Loyalty Funds either now or in the future.

120.   Rx Crossroads seeks an Order of this Court to pay the Loyalty Funds into the Court Registry to be held pending disbursement to the rightful beneficiary pursuant to a judicial determination.

121.   Rx Crossroads has retained the undersigned counsel to represent it in this cause and has agreed to pay reasonable fees for such representation.

122.  All conditions precedent to relief demanded herein have been performed, waived or have occurred.

WHEREFORE, Rx Crossroads respectfully requests that the Court enter judgment:

A.    Directing Rx Crossroads to pay the Loyalty Funds into the Registry of this Court;

B.    Directing the Defendants to interplead their rights to payment of the deposited funds;

C.    Restraining Defendants, their agents and attorneys, from instituting any action against Rx Crossroads to recover any sums arising from and related to the Loyalty Programs;

D.    Discharging Rx Crossroads, with prejudice, from all liability to Defendants arising out of the matters set forth herein upon payment of the Loyalty Funds into the Court Registry;

E.    Entering an Order awarding Rx Crossroads payment of its reasonable attorneys' fees and costs necessitated by the bringing of this action from the Loyalty Funds; and

F.    For such other and further relief as this Court deems just and proper.

Dated this 24th day of September 2021.

Respectfully submitted,

/s/  *Kathleen S. McLeroy*
Florida Bar Number 0856819
E-mail:   kmcleroy@carltonfields
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
*Overnight address and location:*
4221 W. Boy Scout Blvd., Suite 1000

Tampa, Florida 33607
Telephone:       (813) 223-7000
Facsimile:       (813) 229-4133
*Attorneys for Plaintiff,* RxC Acquisition
Company d/b/a RxCrossroads by
McKesson